UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MARCOS TIRADO,

    Plaintiff,

    -against-

CAMERON LINDSAY, WARDEN,

    Defendant.
---------------------------------------------------------X

NOT FOR PUBLICATION

ORDER

07-CV-2926 (CBA) (LB)

AMON, United States District Judge:

This Court has received the well-reasoned Report and Recommendation of the Honorable Lois Bloom, United States Magistrate Judge, dated September 21, 2009, recommending that this Court grant defendant's motion to dismiss and deny a petition for a Writ of Mandamus. As no party has objected, the Court hereby adopts the Report and Recommendation of September 21, 2009 as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this order and to close the case.

    SO ORDERED.

Dated:    Brooklyn, New York
          November, 9 2009

/S/
Carol Bagley Amon
United States District Judge