UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARCOS TIRADO,

JUDGMENT
07-CV-2926 (CBA)

                      Plaintiff,

-against-

CAMERON LINDSAY, WARDEN,

                      Defendant.
------------------------------------------------------------------X

      An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on November 19, 2009, adopting the unopposed Report and Recommendation of Magistrate Judge Lois Bloom, dated September 21, 2009; granting defendant's motion to dismiss; and denying the petition for a Writ of Mandamus; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the unopposed Report and Recommendation of Magistrate Judge Lois Bloom is adopted; that defendant's motion to dismiss is granted; and that the petition for a Writ of Mandamus is denied.

Dated: Brooklyn, New York
         November 20, 2009

/S/
_____
ROBERT C. HEINEMANN
Clerk of Court